**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JAMES J. PHELPS**                                                                                   **PLAINTIFF**

**V.**                         **CASE NO. 3:15-CV-00348 JTK**

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**
**ADMINISTRATION**                                                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 22nd day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE